

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00550-CR

Vincent **CAUDILLO** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6227W
Honorable Frank J. Castro, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED October 3, 2018.

_____
Luz Elena D. Chapa, Justice